# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
July 6, 2022

Lyle W. Cayce
Clerk

No. 21-60476
Summary Calendar

William Desmond Conrad,

*Petitioner—Appellant*,

*versus*

United States of America,

*Respondent—Appellee*.

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 3:21-CV-57

Before Jones, Duncan, and Engelhardt, *Circuit Judges*.

Per Curiam:*

William Desmond Conrad, federal prisoner # 39948-044, seeks leave to appeal in forma pauperis (IFP) from the district court's dismissal of his 28 U.S.C. § 2241 petition seeking a transfer to another prison. He also moves for the appointment of counsel. The district court denied Conrad leave to

---

* Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.

No. 21-60476

appeal IFP and certified that the appeal was not taken in good faith. *See Baugh v. Taylor*, 117 F.3d 197, 202 (5th Cir. 1997).

The district court considered and rejected the availability of Conrad's requested relief both under § 2241 and through a civil rights action, and Conrad has not presented any nonfrivolous argument with respect to the district court's reasons. *See* 18 U.S.C. § 3621(b); *Hernandez v. Garrison*, 916 F.2d 291, 293 (5th Cir. 1990); *Howard v. King*, 707 F.2d 215, 220 (5th Cir. 1983). Accordingly, his motion for leave to appeal IFP is DENIED; the motion to appoint counsel is DENIED; and the appeal is DISMISSED AS FRIVOLOUS. *See Baugh* 117 F.3d at 202 & n.24; 5TH CIR. R. 42.2.